AFTER REVIEWING THE CORRESPONDENCE FROM THIS COURT, IF YOU WISH TO DISMISS YOUR LAWSUIT YOU SHOULD SIGN THIS NOTICE OF VOLUNTARY DISMISSAL AND RETURN IT TO THE CLERK OF COURT WITHIN THIRTY DAYS.



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____WESTERN_____ DIVISION

DESMOND DEJAUN WALTON, # 113961                                      PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 5:18-cv-00008-DCB-MTP

WARDEN JODY BRADLEY, et al.                                          DEFENDANT(S)

### NOTICE OF VOLUNTARY DISMISSAL

As the plaintiff, I hereby dismiss this cause, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. I further attest that this motion is voluntarily made and is not based upon pressure or threats from any source whatsoever.

This the __30__ day of __January__, 20__18__.

                                                  _Desmond D. Walton_
                                                  Signature of Plaintiff

PSP-4

6